IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: Alex Michael Smith and Stephanie Mae Smith, <br><br>　　　Debtor. | )<br>)<br>)<br>)　　Bk 22-12479-SAH<br>)　　(Chapter 7)<br>) |
| Stephanie Mae Smith,<br>　　　Plaintiff, | )<br>)<br>) |
| -vs- | )　　Adv. No. 24-01023-SAH<br>) |
| United States Department of Education,<br>　　　Defendant. | )<br>)<br>) |

### APPLICATION TO EXTEND TIME TO FILE A MOTION, ANSWER, OR OTHER RESPONSIVE PLEADING TO ADVERSARY COMPLAINT

Cara Rodriguez, Assistant United States Attorney, on behalf of the United States of America, *ex rel*. Department of Education ("DOE"), files this Application for an extension of time to file a motion, an answer, and/or other responsive pleading. In support, the United States states the following:

1.　The current deadline for filing an answer, motion, or other responsive pleading to the Plaintiff's Complaint is April 18, 2024. This Adversary Proceeding was served upon the United States Attorney's Office on March 18, 2024. Plaintiff is seeking the discharge of student loans. The United States Attorney's Office has not yet received information from DOE.

2.　The United States requests an extension of sixty (60) days, or until June 17, 2024, to file a motion, an answer, or other responsive pleading to the Debtor's Complaint.

DOE has been inundated with Student Loan Bankruptcy Discharge cases, thereby impacting the ability of the United States to timely respond. Specifically, this has resulted in long delays in getting the information needed to properly respond to the underlying matters. An additional sixty days will hopefully provide DOE with enough to time to give the undersigned the information needed to respond.

3. This is the first request for an extension of time and the United States is not aware of any matters pending that will be affected by this request.

4. Debtor's counsel has been contacted and has no objection to this request.

The United States respectfully requests a sixty (60) day extension of time to file a motion, answer, or other responsive pleading to Plaintiff's Complaint.

    Respectfully submitted,

    ROBERT J. TROESTER
    United States Attorney

    *s/ Cara Rodriguez*
    Cara Rodriguez, OBA No. 21794
    Assistant U.S. Attorney
    United States Attorney's Office
    210 Park Ave., Ste. 400
    Oklahoma City, OK  73102
    (405) 553-8814 - (fax) 553-8885
    Email: Cara.Rodriguez@usdoj.gov
    Attorney for United States of America
    *ex rel.*, Department of Education

## CERTIFICATE OF SERVICE

 X   I hereby certify that on April 15, 2024, I electronically transmitted the above and foregoing Entry of Appearance and Request for Notices to the Clerk of the Court using the ECF System for filing and for transmitting a Notice of Electronic Filing to the ECF Registered Participants in the above captioned proceeding.

Kenneth L. Neeley
Nicholas T. Van Vleet
Geoffrey M. Khotim
Sarah S. Barry
Neeley Law
1120 S. Dobson Rd., Ste. 230
Chandler, AZ 85286
ECF@neeleylaw.com
Attorneys for Plaintiff Stephanie Mae Smith

___ Further, I certify that on April 15, 2024, a copy of this Notice was forwarded via U.S. Mail, postage prepaid and properly addressed to the parties listed below who are not registered with ECF.

          *s/ Cara Rodriguez*
          Assistant U.S. Attorney